DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMAND BERGERON, | Case No. 3:13-cv-625-MMD-WGC |
| Plaintiff, | JOINT STATUS REPORT AND JOINT REQUEST TO CONTINUE STATUS CONFERENCE |
| v. | |
| DEPARTMENT OF JUSTICE-BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Defendant. | |

In accordance with the Court's directive at the conclusion of the March 6, 2015, status conference (#33), the parties submit the following joint status report. As described below, the parties also request that the April 27 status conference be continued to a date in late May or early June, 2015.

1. At the March 6 status conference, the Court approved the parties' request that further proceedings be deferred until after plaintiff identified specific redactions or withheld pages that plaintiff intended to challenge and after defendant ATF had an opportunity to review those challenged materials.

2. ATF has prepared a supplemental index describing in a page-by-page format the redactions and withheld pages with respect to the additional materials identified by ATF as responsive to plaintiff's FOIA requests. This supplemental index, together with the similar index attached to the

1

1 Boucher declaration (#28, Exhibit V (#28-22)), describe ATF's page-by-page determinations of the FOIA exemptions which ATF believes support the redactions and withheld pages regarding all of plaintiff's FOIA requests.

3. Plaintiff has reviewed the supplemental index prepared by ATF and has identified approximately 18 pages of materials which were either withheld or which contain redactions based on claimed FOIA exemptions. It is plaintiff's view that the claimed exemptions on those pages do not support ATF's redactions or decision to withhold pages.

4. Plaintiff will provide ATF counsel with the specific pages which contain the redactions being challenged by plaintiff, as described in paragraph 3, above. ATF counsel will review those pages to ascertain whether 1) a supplemental index or declaration would be suitable and/or 2) an *in camera* review of the challenged materials by the Court would be suitable in order to efficiently present the remaining issues to the Court for adjudication.

5. As indicated in the prior status report (#32), no discovery is anticipated in this action.

6. The parties jointly propose that the April 27 status conference be continued to a date in late May or early June, 2015, so that the parties may proceed with their respective actions described in paragraph 4, above, and thereafter report to the Court regarding appropriate further proceedings.

 /s/ Normand Bergeron  
NORMAND BERGERON  
Plaintiff  

 /s/ Greg Addington  
GREG ADDINGTON  
Assistant United States Attorney  

Date: April 16, 2015.

IT IS SO ORDERED

_William G. Cobb_  
UNITED STATES MAGISTRATE JUDGE

2