UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Normand Bergeron,<br><br>       Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE-BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,<br><br>       Defendant. | Case No. 3:13-cv-0625-MMD-WGC |

CLERK'S MEMORANDUM REGARDING TAXATION OF COSTS

On March 28, 2016, the court granted defendant's motion to dismiss and allowed for the filing of a bill of costs (ECF No. 49). Plaintiff filed a bill of costs (ECF No. 50) and the government filed an objection (ECF No. 51).

The government did not object to the fees of the clerk ($400.00).

The government objected to the process server fees ($150.00) under Federal Rule of Civil Procedure 4(i)(2). The government stated, "… no action by a process server in Washington, DC will accomplish any element of process service on a federal agency." Upon review, the clerk finds no motion to quash service or otherwise dismiss the action for lack of proper service. The government did not submit documentation showing service was made by any other means including certified mail. Thus, the clerk considers the costs submitted as service and will tax them.

Costs are taxed in the amount of **$550.00** and are included in the judgment.

Dated: June 17, 2016                    LANCE S. WILSON, CLERK


                                By:    /s/
                                     Lia Griffin, Deputy Clerk